In the Southern Jurisdiction
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

MAR 24 2011

David J. Bradley, Clerk of Court

Jorge Alberto Martinez
vs.
Nueces County Jail Insurance

Faurma Pauperis No. 2:11cv81

## 42 U.S.C. Chapter 1983 Violation of Civil Right

Before the Honorable Lord Judge of said Court On or About May 11, 2010 I, Jorge Alberto Martinez, was asking For My Correct Medication when A County Officer Flores Opened the Door and stood Behind the Door In A 45° Angle Opened and A Young Female Nurse Approached My Door And pulled out some Medication Called Haldol which I Did not take (I was taking A Respirodal Constashot For Almost Two Years and was fine) then I I extended My Hand and Requested My Correct Medication and she and/or C/O Flores told Me to take it and again I told them to give Me My Correct Medication by stomping My Right foot on the floor and Extending My Hand Again And they Did not want to Give Me My Correct Medication (Usually they call My Regular Doctors and Ask what I take and Give Me My Correct Medications but when the Doctor had shown up Days before they Did not want to Open the Door to Allow Me to Talk to the Doctor And the Doctor Could not Hear Me)

Then After I Kept Persisting to Give Me My Correct Medication The Gaurd Attacks Me with the Steel Metal Door aiming to Hit My Face Right Hand and Right Foot while I moved Forward for the nurse Kept Denying Me My Correct Medication I Kept trying to Reach Her with My Extended Hand wide open to Recieve My Medication And all of the sudden the Gaurd attacks Me with the steel Metal Door and I put My left hand on the Door to prevent harm and He claims I attacked Him that is a Lie then He Runs Inside the Cubicle Cell and tackles Me Assaulting Me with His body — First He attempted aggrevated assault with a deadly weapon on a ill patient —Me— sick of nervous breakdowns, depressions, suicide attempts and I used to hallucinate but then I saw a Doctor whom studied In France and is A City Founder. Then He Assaults Me with His body and To Prevent Further Imminent Harm when I was loosing My balance I hugged Him to Prevent Him from Harming Me Anymore because I am used to that Police Men beat Me Up because they think I did something wrong, Sheriff Deputies Beating Me Up worst than the Rodney King Beating Then Again Because they were trying Me to Force Me To Marry A Girl (4) Four Years older than Me She thinks Just Because I have Good Thoughts she wants to marry; Again 1) Flores aggrevated assaults Me with a Metal Door, 2) Flores Further Attack Me with his body aiming to cause bodily Injury then

3.) The Gaurds attack Me with The Electric Shocker, punched pounded Me, and One of them squeezed His foot on My ~~Neck~~ no on My Head. J.A.M.

C/O Flores Never pushed Me away, never moved away from me, never pulled back, never tapped me, never punched me, never kicked Me, never bit me, never cursed at me for according to his aggresive behavior initially he knowingly and willingly either followed directions to take a appearant Fall to appearantly show his weak side and according to his aggressive behavior initially that was what he or the Gaurds appearantly are ought to do act aggressive then take a fall and act as if they were being attacked — he either followed directions to take a fall or it was all of His own free will to stage this fault against Me, Jorge Alberto Martinez to blame Me of assault and wanting to turn the tables on me as if He was hurt and on a personal interview I called to his attention He claims He fainted but according to the camera He walked out of the cell — I am asking for Court Expenses and whatever else the court desires to pay and like how I have claimed A Total of (26) Hommeage Monies Be Rendered to Me For the Switzerland, American Notes, Parliments I possesed Noneo of the Nueces County Has Rites to Claim making New Switzerland Monies for how I have percieved (Perpetual Exclusion) I niether the faultys of wanting to be Rebels without cause vindictives

have rites to Mandate wacs niether like pawns to have it (Roi) Raw in the End, In lieu of the light I Expose The Truth and The wheels of Justice Prevail.

We Now therefore Pray for the following:

1) A sum of Court Expenses and what the Court seems Fair to Offer
2) Judgement against Defendents as the Court seems Fit to punish them
3) Optional if Individually Suited Later Motion to Modify/Amend Judgement against Defendants for a sum within the Jurisdictional Limits of the suit and Court
4) Pre Judgement interest as provided by law
5) An Award of Examplary Damages Against Defendants in a sum Determined by the trier of fact
6) Post Judgement interest as provided by the law
7) Cost of suits
8) Merits
9) Such and other further relief to which plaintiff may be entitled
10) Honoraries for A lawyer In case need be whom takes over the suit If Motion to Riecieve Attorney
11) Monetary Relief According to Justice
12) A Court Reprimand Against which I presume Is thier involvement (thier being Individual Insurances of Bad Faith Insurances Individual Bystanders, Entrappers, Provokers Individuals and thier Ties to Going Into Hidalgo County and Publishing ie. Swiss squared Coins of Gold and The (2) Two Dollar Symbol of The Democracy and Representing A Rite of Lawyer and Client In Democracieswanting Rites Above Swiss Patriarch Hidalone 10% Parliement One (5) Note

This Is My Address to Recieve Mail

Jorge Alberto Martinez
306 South 15th
McAllen, Texas 78501

This Is the Sacred Heart Church Address I told Father Thomas Luczak I wanted My Mail There because of My Family thieving My Millions upon Millions. I am not changing venue or Jurisdictions but I am notifying where this keeps on assault. Not asking for Sanctuary, clemency, assylum, prisoner of crime or prisoner of self immune universe irrational sovereignty cracy mind of war.

1-956-624-1865
My Celular Number via Communication sattelite

United States Federal Court
In the Southern Jurisdiction
Corpus Christi Division

Jorge Alberto Martinez ✳
    vs. ✳
Nueces County Jail Insurance ✳

## ORDER For Hearing

Now Appears the Honorable Lord Judge from Jorge Alberto Martinez this Order for Having A Initial Hearing for starters In Good Faith and Order Be Accepted and came to be Heard on the _____ day of _____ 2011 and set for Hearing On the _____ day of _____ 2011.

_____
Honorable Lord Judge

Jorge Alberto Martinez 306 south 15th McAllen, Texas 78501

For the United States Federal Court
In the Southern Jurisdiction
Corpus Christi Division

Jorge Alberto Martinez     ✳

vs.

Nueces County Jail Insurance ✳

Faurma Pauperis No. _____

<u>42 U.S.C. Chapter 1983</u>

<u>ORDER</u>
For
<u>Motion for Disculpotary Evidence</u>

Now Before the Honorable Lord Judge Appears Jorge Alberto Martinez with this Order for Motion for Disculpotary Evidence In Good Faith and Good Order Came to Be Accepted and Heard on the _____ day of _____ 2011 and set for Hearing on the _____ day of _____ 2011.

_____
Honorable Lord Judge

Nueces Sheriffs Department Jail

Jorge Alberto Martinez 306 south 15th McAllen, Texas 78501

In the United States Federal Court
In the Southern Jurisdiction
Corpus Christi Division

Jorge Alberto Martinez　＊
　　vs.　　　　　　　　＊
Nueces County Jail Insurance　＊ Faurma paupers No. _____

## Motion To Seal Package of Exibits

Before the Honorable Lord Judge Now Appears Jorge Alberto Martinez with this Motion To Seal Package of Exibits In Good Faith and Order Now stating the following:

1) It is In Good Faith I Petition this Be Sealed

wherefore I Pray Before the Honorable Lord this Motion To Seal Package of Exibits be In Good Faith and Good Order Be Accepted.

　　　　　　　　　　　　　　　　　Jorge Alberto Martinez
_____　　　　　　　　　306 south 15
Lord Judge　　　　　　　　　　　　McAllen, Texas 78501

## ORDER
### for
### Motion To Seal Package of Exibits

Now Appears Before the Honorable Lord Judge this Order for Motion To Seal Package of Exibit In Good Faith and Proper Order Be Accepted and came to Be Heard on the _____ day of _____ 201_ and is set for Hearing on the _____ day of _____ 2011

_____
Honorable Lord Judge

Lord I will serve at a later Date

Nueces County Jail

Jorge Alberto Martinez 306 south 15th, McAllen, Texas 78501