In The Southern Jurisdiction of Texas
Corpus Christi            Division

Jorge Alberto Martinez
vs.
Roberto Flores / Nueces County Et Al          ✳
David Diaz, Laura Garza Jimenez,            ✳    C.A. No. C-11-081
Alissa Anne Adkins, Rose Harrison           ✳
Prosecutor Lee, Prosecutor Andrea Koch      ✳
Judge Missy Medary                          ✳

MAR 0 5 2012
David J. Bradley, Clerk of Court

Third Advisory to the Court of Jorge Alberto Martinez Plaintiff Status

1 of 2   Against the Fraud, Extortion and Scam   February 29, 2012

To The Honorable Brian L. Owsley United States Magistrate

Judge (see Attached Exibit Letter — C.C. to Nueces Attorney, Also See Pacer)

        Comes now Appearing Jorge Alberto Martinez Plaintiff Declaring:

1) Everything is the same Jorge Alberto Martinez is falsely encarcerated

Niether the State Court nor the Federal Court Have taken Action the Above

Defendants have been Added — They have claimed through the County

Attorneys office falsely I the Plaintiff am trying to overturn the

case through the lawsuit but in reality I am the victim, the innocent

victim and the innocent victim testifying against the Fraud, extortion

and scam that is why indeed I added to lawsuit the Other Defendants

since February 15, 2012 Judge Medary knew, and since October 2012 Prosecutor

Lee and Andrea Koch and Attorney David Diaz knew especiadally Diaz

Also Alissa Anne Adkins knew since January 24, 2012 and convinced the

Judge (Yourself Your Honor) to drag me through to Court to Prosecute Me Falsely

She knew since then She is sending letters from the County Attorney, Officer

2) I, the Plaintiff, have sent Judge Missy Medary before the (30) thirty

Days were over since the trial Three (3) Documents to satisfy the

Law, to give the Devil no opportunity against Me since the Federal

Court has not answered, Motion for Retrial along hand in Hand with

Motion for Change of Venue and Transport Order / 1107 Prisoner Bench Warrant

Exibit to 3rd Advisory of Fraud, Extortion and Scam

~~Grandpa~~ C. A. NO. C-11-081   2 of 2

Judge Magistrate Honorable Brian L. Owsley   February 29, 2012

(See Attached 3rd Advisory of Fraud, Extortion....)   Jorge Alberto Martinez

I am the victim, I am the witness, I am the Plaintiff, and I am the Lawyer Prose Proceeding Self and Nobody has notified Me of Any of the Courts Actions Such as whether the F.B.I. was Intervening on My behalf with the Motion for the F.B.I. intervening and Production of the videos to make Nueces County Surrender all the videos (of Course Accomplice David Diaz when showed Me both hyptnotized videos of Me reenacting showed Me the third video over recorded in the same time slot as above the second video of the first hyptnotized reenactment, who knows if they also tampered with the original scene of video recording) Motion for F.B.I. Federal Court

In Deed and in Fact I Gave the Benefit of the Doubt to the Federal Court here in Corpus Christi Nueces County also sending a lot of Documents since the False Conviction about (50) fifty pages of Documents since January 31, 2012 also a Truth Serum Motion and the State Court Motion for Retrial/Motion for Charge of Venue/Transport Order – Bench Warrant. Since when Do victims testifying against criminals crimes have to take Truth Serums/Polygraphs/and-or/Hypnotisms to testify against criminals? I am the innocent victim testifying standing alone against Crooked Laws of Corpus Christi Nueces County. I Don't have to say If Maliciously Prejudiced or Purposely Decieved I have to go refile in two other Federal Texas Carts if Covistedly Railroaded with Discriminating Fraud Then Suit the State of Texas telling the Governor or (2) Two Other States filing if Denied then Permission from Congress to Lawsuit United States. Closure Please



Jorge Alberto Martinez, 1615 8749, Inmate
P.O. Box 1529
Corpus Christi, Texas 78403-1529

United States Constitution
Rite of Federal U.S.P.S. Mail
Send Mail

Clerk, U.S. District Court
Southern District of Texas
FILED
MAR 05 2012
David J. Bradley, Clerk of Court

CORPUS CHRISTI TX 784
RIO GRANDE DISTRICT
02 MAR 2012 PM 2 T

USA
FIRST-CLASS
FOREVER

United States District Court Clerk
Clerk Saundra
1133 North Shoreline   Room 208
Corpus Christi, Texas 78401

78401+2042



SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

United States Constitution
Rite of Federal U.S.P.S Mail
Send Mail

Stop Tampering with Mail Nueces County

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2009

