Off The Record Call the Clerk
with My Information I know
You recieved Mostly all My Papers
Summon Me I will testify Names, Dates
Details All Information and Witness Protection Program
I am Innocent!

Dear Judge Brian L. Owsley I am a very civil man not
a criminal In the past, two insurances I am taking to
the courts both for attempts of Murder thier insurances
have put me through the ringer sliming me with mud
getting me beaten and molested in hospitals and over drugged
with pills I loose my mind balance at home I come off of
them loose my mind balance get arrested for nonsense appearant
crimes go to jail beaten and molested also, hospital, home,
jail, hospital, home the same cycle putting me false citations and
hospitalizations — Here in Corpus this insurance piled up to give
me a Hell of a time, All I did was hold that sucher down
the jailer to not hurt me anymore he was out of order, he
attacked me viciously like a mad dog then all the rest
attacked me assaulting me I did not know how to respond
I was beaten and having memory flashbacks of a previous attempt
of murder they got slich about it and hypnotized me twice
to reenact the videos to make it look my fault they even got
the lawyer to harass and threaten me and even making me
shut up to not testify in Court the lawyer was in on the
fraud, extortion, and scam I asked him "whats Next you all are
gonna hypnotize yourselfs to forget Your Crimes" he made
a evil smile and smirk — Look Your Honor I am trying to
work with the Courts with all this little Court Papers through
Formalities of Advisorys, Constant reminding letters, Motions/Orders,
Amendments but nothing seems to get the Courts Attention not even
the Subponea, Motions/Orders Summons Transport Orders/Bench warrant if in
case the Court Doesn't listen to my innocence — stop the violations of human
rights and violations of civil rights stop the rapings and poisoning I will
testify summon me with my paperwork I am innocent I've sent over (50) fifty papers
since January 31, 2012



FIRST-CLASS
FOREVER
USA

Jorge Alberto Martinez, 10158749, June 13, 1988
P.O. Box 1529
Corpus Christi, Texas 78403-1529

United States Constitution
Rite of Federal U.S.Pis.Mail Sent

Federal Magistrate Brian L. Owsley
United States Federal Court House
1133 North Shoreline Boulevard   3rd Floor
Corpus Christi, Texas 78401

United States Courts
Southern District of Texas
FILED

MAR 08 2012

David J. Bradley, Clerk of Court

RECEIVED
MAR 08 2012
SOUTHERN DIST OF TEXAS
CORPUS CHRISTI TEXAS
Brian L. Owsley U.S.Magistrate Judge

United States Constitution Federal U.S.P.S. Rite Send Mail Delivered

Stop Tampering with Federal Mail Nueces County

SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2009

