IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JORGE ALBERTO MARTINEZ | § § § | |
| v. | § | C.A. NO. C-11-081 |
| | § § | |
| OFFICER FLORES, ET AL. | § | |

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

Plaintiff is an inmate in the Texas Department of Criminal Justice, Correctional Institutions Division ("TDCJ"), who is currently incarcerated at the Jester IV Unit in Richmond, Texas. Proceeding pro se, he filed a civil rights action pursuant to 42 U.S.C. § 1983. (D.E. 1). On April 24, 2012, defendants' motions for summary judgment were granted, and plaintiff's action was dismissed. See generally Martinez v. Flores, C-11-081, 2012 WL 1435740 (S.D. Tex. Apr. 24, 2012) (unpublished). Final judgment was entered that same day. (D.E. 84). Pending is plaintiff's motion for reconsideration. (D.E. 95). For the reasons that follow, plaintiff's motion for reconsideration is denied.

Plaintiff has previously filed a motion for reconsideration that is essentially the same as the pending motion. (D.E. 91). That motion was denied on June 28, 2012. (D.E. 94). Because the pending motion does not raise any new issues, plaintiff's motion for reconsideration, (D.E. 95), is DENIED.

ORDERED this 2nd day of July 2012.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE