Judge Jason L, Libby Magistrate
1133 North Shoreline Room 208,
Corpus Christi, Texas 78469

Reason: Open the Case Up
Summon me Call Today Stop
Haircuts, No Snots, No pills
No Raping Me, No torturing me
No turning spermazoids from me,
Call Right Now Jester 4 Richmond Texas
2:11-CV-00081
2:11-CV-47
Read Both

Kidnapped Name
"Jorge Alberto Martinez"
# 01768942
Beanford H, Jester IV (4)
4 Jester Rd,
Richmonde, Texas 77406
1-281-277-3700 prison Telephone #

Clerk, U.S. District Court
Southern District of Texas
FILED
MAR 02 2015
David J. Bradley, Clerk of Court

Dear Judge Jason L, Libby,
Contact 5th Circuit Court Read 14-41136 Read Five Friday Ash for warrant Read Death Know Z want You to Take Immediate Results to Arrest Bryan L. Ousley, Nelva Gonzalez Ramos, Judge Missy Medary, Judge Mendiola, Judge Flores, Judge Attorney David Diaz, Prosecutor Mason Lee, Prosecutor Andrea Mock Defendants David Gerald Flores, Haffer, E, Martinez, Lieutenant Castlebury They will Be Going to Prison from 40 to 180 years In prison of Course Know Z am Getting My Sanity and Ros olvement and My Primary Role Take Over Name Own Campaign winner And My Earl Crownship and My Y, Her Coronation Z am A Lutte Prince Charmore European Toldt Signer Son of the Duke of Earl Soviet Russia Soviet Buckingham England Duke of Wales Acting King And Husband to the True Queen And Money Countess of England My Father King Charles Lloyd Henseler of England Z am #05000051 Texas Drivers License Ash the Secret Service or try the Highway Patrol Ash who my father is Henseler First of Three fathers My other Artificially Inseminated Father Is The Duke of Arcrarde Europes Aristocrats familys Arcrardes Austrias NotreCroix (MaryLands Epiphonys) Simon Nicholas Arcrarde Hunth, he is the Vice President or President of France (He Does Not Know Z am his Son) And A third Natural Father John Arnold Monroe George Washington MaryLand And A Ego Fertilizer Yoltem Canada New York Super Model with My Real Royal Mother Lynn Cinderella (Johnson Jones Adopted) Gaster Daughter of Elleine Beatrice Gaster And Both Fathers Issaac Casser Bishop and Denmark Dutch Sires My Mother Grand Daughter of GM General Motors Owner of Worlds Automotive Industry Owners of All motor vehicles Owner Z was Made Artificially Inseminated for Z Two Trillion Dollars Z suggest You Summon Me Z have been Raped Thousands of Times You Might Be Arrested Jason L. Libby If You Do Not Cooperate
Do Not Dirty Your Soul Judge Z twas A Five year False Imprisonment
You All Gave Me Six (6) Time is up Z appealed All the frame
I was falsely charged April 13 or 14, 2010 then Hiptnotized to Recreate videos
It is February 2015 It has been six (6) years on five (5) year false prison
Open the Damn Door Summon me No Haircut No Handcuffs Limousine And Airplane
It is Going to Be Remedy to My Thieved 73 Trillion Dollars beginning with 10 Trillion In 1981,

Case 2:11-cv-00081   Document 156   Filed on 03/02/15 in TXSD   Page 2 of 2

